Attorney No. 3122002

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LESA M. REDFIELD, ) | **FILED: AUGUST 14, 2008** |
| ) | **08CV4632** |
| Plaintiff, ) | **JUDGE BUCKLO** |
| ) | **MAGISTRATE JUDGE VALDEZ** |
| vs. ) No. | |
| ) | |
| PIERCE & ASSOCIATES, P.C., AND ) | **AEE** |
| WELLS FARGO BANK, N.A. ) | JURY DEMAND |
| ) | |
| Defendants. ) | |

## COMPLAINT

Now comes Plaintiff, Lesa M. Redfield, by and through her attorneys, Robert S. Pinzur, Laura E. Cohen, Megan L. Kerr, Brian S. Brewer, Brian R. Merfeld and Pinzur, Cohen & Kerr, Ltd., and for her Complaint against Defendants, Pierce & Associates, P.C. and Wells Fargo Bank, N.A., states as follows:

### GENERAL ALLEGATIONS

1. Plaintiff (hereinafter referred to as "Redfield") is an individual, residing at 422 W. Courtland, Mundelein, Lake County, Illinois.

2. Defendant, Pierce & Associates, P.C. (hereinafter referred to as "Pierce") is an Illinois professional corporation which at all relevant times herein transacted and continues to transact business within this District.

3. Defendant, Wells Fargo Bank, N.A. (hereinafter referred to as "Wells Fargo") is a banking institution which at all times relevant herein has transacted and continues to transact business within this District.

4. This Court has jurisdiction of this matter as the parties reside and/or do business in this District and the matter in controversy relates to a question of Federal law, to wit: the Fair Debt Collection Practices Act, 15 U.S.C. 1695, *et seq.* This action properly lies in this District pursuant to 28 U.S.C. §1391 because the claim arose in this Judicial District

5. Defendant, Pierce, previously represented defendant, Wells Fargo, in foreclosure proceedings filed against Plaintiff, Redfield, in the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois, in the case stylized as *Wells Fargo Bank, N.A. vs. Lesa M. Redfield*, case number 07 CH 18.

6. Plaintiff, Redfield, received from Defendant, Pierce, correspondence dated January 26, 2007 pertaining to the reinstatement of the loan being foreclosed upon in the Lake County case 07 CH 18. *See,* January 27, 2007 correspondence, attached hereto and incorporated herein as Exhibit "A".

7. Said correspondence indicated, in pertinent part, payment in the amount of $6,474.74 payable to Defendant, Wells Fargo, would be sufficient to reinstate the loan being foreclosed upon if received by Wells Fargo on or before February 19, 2007. *See*, Exhibit "A".

8. Plaintiff, Redfield, specifically enquired from both Defendant Pierce and Defendant Wells Fargo regarding the exact amount due, and such was verified as the correct amount due by both Defendants prior to Redfield making any payment to reinstate the mortgage loan in question.

9. Plaintiff, Redfield, and Defendants, Peirce and Wells Fargo, in a three-way telephone conference held prior to February 8, 2007, all agreed upon an amount of $7,639.12 (seven thousand six hundred thirty-nine and 12/100 dollars) as the amount necessary to reinstate the

mortgage loan and to pre-pay the payment due in March, 2007.

10. On February 8, 2007, Plaintiff, Redfield, sent via Federal Express a certified check in the amount of $7,639.12 (seven thousand six hundred thirty-nine and 12/100 dollars) representing the amount necessary to reinstate the mortgage loan and to and to pre-pay the payment due in March, 2007 with correspondence to both Wells Fargo and Pierce memorializing the agreement. *See*, check, correspondence and proof of delivery from Federal Express, attached hereto and incorporated herein as Group Exhibit "B".

11. Defendant, Pierce & Associates, P.C., currently represents Defendant, Wells Fargo Bank, N.A. in foreclosure proceedings filed against Plaintiff, Lesa M. Redfield in the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois, in the case stylized as *Wells Fargo Bank, N.A. vs. Lesa M. Redfield*, case number 08 CH 0474.

**COUNT I - VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT - PIERCE & ASSOCIATES, P.C.**

12. Plaintiff adopts by incorporation Paragraphs 1 through 11, above, as though stated herein in their entirety.

13. The correspondence from Defendant, Pierce, dated January 26, 2007, violates the Fair Debt Collection Practices Act, 15 U.S. C. 1692, *et seq.*, in one or more of the following ways:

   a. Violating the "safe harbor language" articulated by Judge Posner in *Miller v. McCalla*, 214 F.3d 872 (7th Cir., 2000) by "estimating" the amount due rather than stating the debt owed. *See, Miller v. McCalla*, 214 F.3d 872, 875.

   b. Violating the "safe harbor language" articulated by Judge Posner in *Miller, supra,* by requiring the debtor to call their office to confirm the exact amount due to prevent

further action *See, Miller v. McCalla*, 214 F.3d 872, 875 ("...[t]he Act requires statement of the debt. The requirement is not satisfied by listing a phone number.").

    c. Violating the "safe harbor language" articulated by Judge Posner in *Miller, supra,* by:

        i. Stating "...[i]f you pay the amount shown in this letter...an adjustment may be necessary after we receive you check, in which event we will inform you before depositing the check for collection..." (*See,* Exhibit "A");

        ii. Depositing the amount tendered by Plaintiff, Redfield, without notifying Redfield of any necessary adjustment;

        iii. Applying the payment so provided by Redfield to amounts both unknown and not agreed upon by Redfield in violation of the agreement to reinstate the mortgage loan; and

        iv. Failing to inform Redfield of any necessary adjustment as articulated in sub-paragraph i, *supra*.

14. Defendant, Pierce, further violated the Fair Debt Collection Practices Act by filing or causing to be filed against Plaintiff, Redfield, the case stylized as *Wells Fargo Bank, N.A. vs. Lesa M. Redfield*, case number 08 CH 0474, in the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois, in light of the previous violations of the Fair Debt Collection Practices Act articulated in Paragraph 14, above.

15. The foregoing actions of Defendant, Pierce, violate the Fair Debt Collection Practices Act, 15 U.S.C. 1692(g).

16. Plaintiff, Redfield, has sustained actual damages in an amount in excess of $5,000.00 in accordance with 15 U.S.C. 1692(k)(a)(1) and continues to incur actual damages in the form

of late fees, penalties, interest, attorney fees and costs associated with the foreclosure action and this suit.

17. Defendant, Pierce, violated the Fair Debt Collection Practices Act and Plaintiff, Redfield, is entitled to statutory damages in an amount of $1,000.00 per occurrence in accordance with 15 U.S.C. 1692(k)(a)(2)(A).

18. Plaintiff, Redfield, has sustained reasonable attorney fees and costs in an amount in excess of $5,000.00 in accordance with 15 U.S.C. 1692(k)(a)(3) and said attorney fees and costs continue to accrue.

WHEREFORE, Plaintiff, Lesa M. Redfield, prays for this Court to enter an Order in favor of Plaintiff, Lesa M. Redfield, and against Defendant, Pierce & Associates, P.C., as follows:

A. Award Plaintiff, Lesa M. Redfield, an amount in excess of $5,000.00 in actual damages;

B. Award Plaintiff, Lesa M. Redfield, an amount equal to $1,000.00 for each and every violation of the Fair Debt Collection Practices Act committed by Defendant, Peirce & Associates, P.C.;

C. Award Plaintiff, Lesa M. Redfield, reasonable attorney fees and costs currently in excess of $5,000.00 and continuing to accrue; and

D. For such further relief this Court deems necessary and just.

**COUNT II - VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT - WELLS FARGO BANK, N.A.**

19. Plaintiff adopts by incorporation Paragraphs 1 through 11, above, as though stated herein in their entirety.

20. The correspondence from Defendant, Pierce, dated January 26, 2007 and sent on behalf of

Defendant, Wells Fargo, violates the Fair Debt Collection Practices Act, 15 U.S. C. 1692, *et seq.*, in one or more of the following ways:

    a.    Violating the "safe harbor language" articulated by Judge Posner in *Miller v. McCalla*, 214 F.3d 872 (7th Cir., 2000) by "estimating" the amount due rather than stating the debt owed. *See, Miller v. McCalla*, 214 F.3d 872, 875.

    b.    Violating the "safe harbor language" articulated by Judge Posner in *Miller, supra,* by requiring the debtor to call their office to confirm the exact amount due to prevent further action *See, Miller v. McCalla*, 214 F.3d 872, 875 ("...[t]he Act requires statement of the debt. The requirement is not satisfied by listing a phone number.").

    c.    Violating the "safe harbor language" articulated by Judge Posner in *Miller, supra,* by:

        i.    Stating "...[i]f you pay the amount shown in this letter...an adjustment may be necessary after we receive you check, in which event we will inform you before depositing the check for collection..." (*See,* Exhibit "A");

        ii.    Depositing the amount tendered by Plaintiff, Redfield, without notifying Redfield of any necessary adjustment;

        iii.    Applying the payment so provided by Redfield to amounts both unknown and not agreed upon by Redfield in violation of the agreement to reinstate the mortgage loan; and

        iv.    Failing to inform Redfield of any necessary adjustment as articulated in sub-paragraph i, *supra*.

21.    Defendant, Wells Fargo, further violated the Fair Debt Collection Practices Act by filing or causing to be filed against Plaintiff, Redfield, the case stylized as *Wells Fargo Bank, N.A.*

*vs. Lesa M. Redfield*, case number 08 CH 0474, in the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois.

22. The foregoing actions of Defendant, Wells Fargo, violate the Fair Debt Collection Practices Act, 15 U.S.C. 1692(g).

23. Plaintiff, Redfield, has sustained actual damages in an amount in excess of $5,000.00 in accordance with 15 U.S.C. 1692(k)(a)(1) and continues to incur actual damages in the form of late fees, penalties, interest, attorney fees and costs associated with the foreclosure action and this suit.

24. Defendant, Wells Fargo, violated the Fair Debt Collection Practices Act and Plaintiff, Redfield, is entitled to statutory damages in an amount of $1,000.00 per occurrence in accordance with 15 U.S.C. 1692(k)(a)(2)(A).

25. Plaintiff, Redfield, has sustained reasonable attorney fees and costs in an amount in excess of $5,000.00 in accordance with 15 U.S.C. 1692(k)(a)(3) and said attorney fees and costs continue to accrue.

WHEREFORE, Plaintiff, Lesa M. Redfield, prays for this Court to enter an Order in favor of Plaintiff, Lesa M. Redfield, and against Defendant, Wells Fargo Bank, N.A., as follows:

A. Award Plaintiff, Lesa M. Redfield, an amount in excess of $5,000.00 in actual damages;

B. Award Plaintiff, Lesa M. Redfield, an amount equal to $1,000.00 for each and every violation of the Fair Debt Collection Practices Act committed by Defendant, Peirce & Associates, P.C.;

C. Award Plaintiff, Lesa M. Redfield, reasonable attorney fees and costs currently in

      excess of $5,000.00 and continuing to accrue; and

D.     For such further relief this Court deems necessary and just.

      Respectfully submitted,
      Lesa M. Redfield

BY:   s/ Brian S. Brewer
      Pinzur, Cohen & Kerr, Ltd.

Robert S. Pinzur
Laura E. Cohen
Megan L. Kerr
Brian S. Brewer
Brian R. Merfeld
Pinzur, Cohen & Kerr, Ltd.
Attorney No. 3122002
Attorney for Defendant
Suite 208
4180 RFD Route 83
Long Grove, Illinois 60047
847-821-5290
847-821-5293 (fax)

# EXHIBIT A

Pierce & Associates, P.C.
Attorneys at Law
1 North Dearborn, Suite 1300
Chicago, Illinois 60602
(312) 346-9088
Fax (312) 551-2157

January 26, 2007
FAX: 847.951.4974

REDFIELD, LESA M.
422 WEST COURTLAND STREET
MUNDELEIN, IL 60060

Re:   Our File No.: 0616348
      Loan No.: 0251860458
      Case No.: 07 CH 18

Dear Sir or Madam:

This letter is being sent to you pursuant to your recent request for reinstatement figures good through 02/19/07. As of the date at the top of this letter, the amount necessary to reinstate your loan in full is $5,090.36. However, it is likely that the amount necessary to reinstate the loan on 02/19/07 will be greater than this for a variety of reasons. These reasons may include such items as additional interest coming due, additional fees and costs being incurred in relationship to foreclosure or other litigation, or other charges allowed under the mortgage. Because of this and in an effort to assist you in reinstating your loan, it is necessary to estimate certain amounts. Items are identified as estimated because services are ongoing and final billing is not yet received.

We estimate that $6,474.74 will be due on 02/19/07.

The attached breakdown indicates how that estimate was calculated.

Funds should be tendered as follows:

__X__  One check payable to WELLS FARGO BANK, N.A., in the amount of $6,474.74.

_____  Two checks, one payable to WELLS FARGO BANK, N.A. in the amount of $6,474.74 and one check to PIERCE & ASSOCIATES, P.C. in the amount of $.

   **Mortgagor s name and loan number must be noted on the check.**

The information provided in this letter will be valid through 5:00 PM on 02/19/07 and the amount may change if your payment is not received at the office of Pierce & Associates, P.C. by that date and time. Payment should be in the form of a CASHIER S CHECK, CERTIFIED CHECK or MONEY ORDER. Real estate title company checks are also acceptable.

In order to be certain that you are sending the correct amount needed to reinstate your mortgage, please call (312) 346-9088 and ask for REINSTATEMENT/PAYOFF DEPARTMENT 24 hours before you send payment to verify all foreclosure costs and fees. You will need to call the mortgagee to verify the other figures in the reinstatement. If you do not verify these figures 24 hours in advance, you may send an incorrect amount and your mortgage may not be reinstated.

Therefore, if you pay the amount shown in this letter without verifying funds first, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection.

Any overage of fees and costs will be refunded to you. Be sure to return this letter with your funds and complete the information at the bottom of this letter.

All figures are subject to clearance of funds and confirmation by the mortgage holder. Upon confirmation that the funds are sufficient to reinstate the loan, we will return to court and dismiss our client's pending foreclosure action, if one has been filed.

The mortgage holder and our office reserve the right to request additional funds, before or subsequent to the reinstatement of the loan, to correct an error or omission in the figures made in good faith, whether mathematical, clerical, typographical, or otherwise. The reinstatement figures are also subject to change to reflect any transactions that may occur on or subsequent to the date of this letter.

If these instructions are not fully complied with, your check may be returned and foreclosure may proceed.

Pursuant to the Fair Debt Collection Practices Act, you are advised that this law firm is deemed to be a debt collector attempting to collect a debt. Any information obtained will be used for that purpose.

If you have previously received a discharge in a Chapter 7 bankruptcy, this is not and should not be construed as an attempt to collect the debt from your personally but only compliance with a request made by you or your agent.

Please contact the undersigned at 312-476-5487, if you have any questions or concerns.

Sincerely,

Pierce & Associates, P.C.

Any excess funds are to be mailed to:

_____
            Name

_____
         Street Address

_____
        City, State, Zip

PA #0616348

## Individual Message

Case # - 1391982
Case Type - Foreclosure (Judicial)
Loan # - 0251860458
Reference # - 06-16348
Borrower - LESA REDFIELD
Property State - ILLINOIS

Jerry Gonzalez

| | |
|---|---|
| From: | Wells Automation (Wells Fargo Home Mortgage) |
| To: | Jerry Gonzalez (Pierce & Associates, PC) |
| Sent: | 01/19/2007 12:56 PM    Required Reply:   No |
| Subject: | Reinstatement Quote Provided Good Thru 2/19/2007 |

Reinstatement Quote Provided Good Thru 2/19/2007
Please be sure to include any outstanding attorney fees and costs with the quote. You must call 24 hours in advance to verify the figures.
Please send all reinstatement checks to :
Wells Fargo Home Mortgage a division of Wells Fargo Bank, N.A.
Attn : Foreclosure Cash
Mac # X2501-01D
1 Home Campus
Des Moines, IA  50328
**Note**
To calculate reinstatement figures to the 15th of the month using quotes provided to the end of the month, please deduct the late charge forecasted.

| BEGIN | RATE | P&I | ESCROW | PAYMENT | # | TOTAL |
|---|---|---|---|---|---|---|
| 09-06 | 6.87500 | 814.59 | 360.79 | 1,175.38 | 2 | 2,350.76 |
| 11-06 | 6.87500 | 814.59 | 349.79 | 1,164.38 | 4 | 4,657.52 |
| | | | | | 6 | 7,008.28 |

---------- NEW QUOTE - CALCULATION
DATE OF QUOTE            01-19-07
REINSTATE ON             02-19-07
  NEXT DUE DATE WILL BE  03-01-07
PAYMENTS DUE             6
TOTAL PAYMENT AMOUNT     7,008.28
CLOSING INT/DSI                .00
ACCRUED LT CHG    ( I )        .00
  *Atty Fees + Costs  1000* [handwritten]
RESTRICTED ESCROW  ( I ) .00
NET OTHER FEES    ( I )  15.00
ESCROW SHORTAGE   ( I )  .00

## Individual Message

SUSPENSE        (I)     518.54

MTGR REC CORP ADV (I)— 970.00
** TOTAL DUE           6474.74
INCLUDE OPTIONAL INSURANCE (Y/N): N
CORPORATE ADVANCE BREAKDOWN

| | | |
|---|---|---|
| 01/09/07 | 400.00 | ATY-IL-PIE 01R01 TITL TITLE POLICY |
| 01/09/07 | 125.00 | ATY-IL-PIE 01R01 SERF STAT SERV OF NOT |
| 01/09/07 | 39.00  | ATY-IL-PIE 01R01 RCRD RECORDING FEES |
| 01/09/07 | 376.00 | ATY-IL-PIE 01R01 FILE FILING COSTS |

940

ADDITIONAL INSPECTIONS        $30.00

ADDITIONAL BPO/APPRAISAL      $.00

TOTAL CORPORATE     $30.00

# EXHIBIT B

Attn: Brian Brewer
From Lesa Redfield
(Wow - that was fast)

[Image of a First Midwest Bank Official Check #21232 7498, dated 02/07/2007, pay to the order of Wells Fargo Home Mortgage, Loan # 0251840458, amount $7,639.12, "Seven thousand six hundred thirty nine dollars and twelve cents", For: Lesa Redfield, 4220 W. Courtney St., Mundelein, IL 60060, with endorsement to Wells Fargo Bank.]

 

Lesa M. Redfield

Wells Fargo Home Mortgage
MAC # 7801-03K
3476 Stateview Blvd
Fort Mill, SC  29715

Attn:  Loan Reinstatement

February 8, 2007

I had several phone conversations with your Collections Department, on January 29, 2007, I spoke to Martin and he gave me information on a loan reinstatement plan that would be in effect on February 12, 2007 provided that Wells Fargo Home Mortgage received a certified check for the reinstatement amount on or before February 12, 2007. I have enclosed a certified check made payable to Wells Fargo Home Mortgage in the amount of $7,639.12 for loan # 0251860458.

This amount covers the reinstatement of mortgage amount of $6,474.74 that was stated by Pierce & Associates and is good though February 19, 2007.  The above amount of $7,639.12 also includes March 2007 mortgage payment of $1,164.38.

I have talked to Jessica in the Pay Off department of Pierce & Associates and per our phone conversation on Wednesday, February 7, 2007 and the phone conversation on the same day with Martin from Wells Fargo Home Mortgage; you each wanted me to send the check to each of you.  During our conversation we agreed that I should send the check to Wells Fargo Home Mortgage because they have me set up on a plan where the funds need to be to them by February 12, 2007 and if I send the check to your company it would take to long time to process the check and would miss the February 12th date that Wells Fargo Home Mortgage gave me.

I am also requesting Wells Fargo Home Mortgage to return to me in the form of a check the $500.00 + dollars they have been holding in a pending account since December 2006 and any funds that are above what was owed to Wells Fargo be returned to me in form of a check.

Please feel free to call me if you have any questions or concerns 847-582-4933 (work). Thank you for you time and effort in this matter.

Sincerely


Lesa M. Redfield

Enc:  Cert. Check for $7,639.12
      Copy of Letter to Pierce & Associates

Cc:  Pierce & Associates

422 W. Courtland Street
Mundelein, IL  60060

(847) 949-8756  (847) 951-4974
(847) 949-8758 fax

## FEDERAL EXPRESS DOMESTIC FORM

Name: MAC #7801-03K                Date: 2/8/07

Company: Wells Fargo Home Mortgage          Territory: _____

Address: 3426 Stateview Blvd

City: Fort Mill                State: SC     Zip: 29715

Phone Number: 1-800-216-8448

Sender Name: Lesa M Redfield    Dept # No Charge     Signature Required: (YES) or NO

Package must be delivered by (date) 2/9/07 _____ (a.m.) _____ p.m.

```
Ref: PERSONAL CHECKRE Date: 02/08/2007    SHIPPING    5.333
Dep: PERSONAL CHECK   Wgt: 0.1 LBS         SPECIAL:    1.37
                                           HANDLING:   0.00
                      DV:          0.00    TOTAL:      7.01

Svcs: PRIORITY OVERNIGHT DSR
     TRCK: 9018 8858 1362
```

FedEx | Track

Track Shipments/FedEx Kinko's Orders
Detailed Results

(?) Quick Help

| | | | |
|---|---|---|---|
| Tracking number | 901888581362 | Reference | PERSONAL CHECKREDFIELD |
| Signed for by | G.NEWELL | | |
| Ship date | Feb 8, 2007 | Destination | FORT MILL, SC |
| Delivery date | Feb 9, 2007 8:56 AM | Service type | Priority Overnight |
| Status | Delivered | | |
| Signature image available | Yes | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Feb 9, 2007 | 8:56 AM | Delivered | FORT MILL, SC | |

[Signature proof]  [Track more shipments/orders]

E-mail your detailed tracking results (optional)

Enter your name and e-mail address, submit up to three e-mail addresses, add your message (optional), and click Submit. If you include a message, you must enter your name and e-mail address in the fields provided.

Your name: [                    ]

Your e-mail address: [                    ]

To e-mail address(es): [                    ]
[                    ]
[                    ]

Add personal message:
[                    ]

Not available for non-English characters

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

[Submit]