## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                         Case Number: 08-cv-4632

Lesa M. Redfield  vs. Pierce & Associates, P.C. and
Wells Fargo Bank, N.A.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Lesa M. Redfield

| |
|---|
| NAME (Type or print) <br> Laura E. Cohen |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Laura E. Cohen |
| FIRM <br> Pinzur, Cohen & Kerr, Ltd. |
| STREET ADDRESS <br> Suite 208, 4180 RFD Route 83 |
| CITY/STATE/ZIP <br> Long Grove, IL 60047 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6236873 | TELEPHONE NUMBER <br> 847/821-5290 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐