# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Lesa M. Redfield  vs. Pierce & Associates, P.C. and
Wells Fargo Bank, N.A.

Case Number: 08-cv-4632

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Lesa M. Redfield

| | |
|---|---|
| NAME (Type or print)<br>Megan L. Kerr | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Megan L. Kerr | |
| FIRM<br>Pinzur, Cohen & Kerr, Ltd. | |
| STREET ADDRESS<br>Suite 208, 4180 RFD Route 83 | |
| CITY/STATE/ZIP<br>Long Grove, IL 60047 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6257102 | TELEPHONE NUMBER<br>847/821-5290 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☑

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐