Attorney No. 3122002

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| LESA M. REDFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08-cv-4632 |
| | ) | |
| PIERCE & ASSOCIATES, P.C., AND | ) | Judge Bucklo |
| WELLS FARGO BANK, N.A. | ) | |
| | ) | Magistrate Judge Valdez |
| Defendants. | ) | |

## NOTICE OF MOTION

<u>Via CM/ECF</u>              <u>Via CM/ECF</u>
TO   No Defendant of record    Clerk of the District Court
                               219 South Dearborn
                               Chicago, IL 60604

    Please take notice, on August 27, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in the Courtroom usually occupied by her, Room 1441, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present Plaintiff's Motion to Remove State Court Action And Consolidate With Instant Case, at which time you may appear as you see fit.

                                                  BY:   s/ Brian S. Brewer
                                                                  Pinzur, Cohen & Kerr, Ltd.

Robert S. Pinzur
Laura E. Cohen
Megan L. Kerr
Brian S. Brewer
Brian R. Merfeld
Pinzur, Cohen & Kerr, Ltd.
Attorney No. 3122002
Attorney for Defendant
Suite 208
4180 RFD Route 83
Long Grove, Illinois 60047
847-821-5290
847-821-5293 (fax)

## PROOF OF SERVICE

  Brian S. Brewer, an attorney, certifies pursuant to the Court Rules he served the foregoing Notice of Motion upon all parties of record electronically via CM/ECF on August 19, 2008.

                s/ Brian S. Brewer

Robert S. Pinzur
Laura E. Cohen
Megan L. Kerr
Brian S. Brewer
Brian R. Merfeld
Pinzur, Cohen & Kerr, Ltd.
Attorney No. 3122002
Attorney for Defendant
Suite 208
4180 RFD Route 83
Long Grove, Illinois 60047
847-821-5290
847-821-5293 (fax)