**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Lesa M Redfield

                                        Plaintiff,

v.                                                                 Case No.: 1:08−cv−04632
                                                                Honorable Elaine E. Bucklo

Pierce & Associates P.C., et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 22, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Plaintiff's motion to remove and consolidate [9] is entered and continued to the status conference. on court's own motion, status hearing reset for 8/28/2008 at 10:15 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.