**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Lesa M Redfield

                                       Plaintiff,

v.                                                             Case No.: 1:08−cv−04632
                                                               Honorable Elaine E. Bucklo

Pierce & Associates P.C., et al.

                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 22, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's ex parte motion (9) to remove a state court action to this court is denied. Plaintiff provides no legal basis, and I know of none, under which she can avoid the statutory law on the proper removal of a state action. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.